THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENNIS P. SMALLS, Appellant.

Submitted September 15, 2014; decided September 18, 2014

Motion for assignment of counsel granted and Seymour James, Jr., Esq., The Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.